# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

**CR 08    0091**

E-filing

JUAN MANUEL PENA ANGUIANO
a/k/a Anguiano Ramirez

**JSW**

DEFENDANT(S).

## INDICTMENT

A true bill.    *Indict*

_____
Foreman

Filed in open court this ___21___ day of _FEBRUARY_
2008

**Brenda Tolbert**
Clerk

MARIA-ELENA JAMES

Bail, $ _____

NO BAIL ARREST WARRANT

C08-91 JSW

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)<br><br>**PENALTY:**<br>Maximum Prison Term of 20 Years;<br>Maximum Fine $250,000;<br>Maximum Term of Supervised Release of 3 Years;<br>Mandatory Special Assessment of $100. | ☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☑ Felony | DEFENDANT - U.S.<br><br>▶ JUAN MANUEL PENA-ANGUIANO<br><br>DISTRICT COURT NUMBER<br><br>CR 08 0091 |

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    TAREK J. HELOU

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?    ☐ Yes    ☐ No    } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year  2/7/2008

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08 0091 JSW |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation |
| v. | ) | |
| JUAN MANUEL PENA-ANGUIANO, a/k/a Anguiano Ramirez, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about November 1, 2005, the defendant,

JUAN MANUEL PENA-ANGUIANO
a/k/a Anguiano Ramirez

an alien, was excluded, deported and removed from the United States, and thereafter, on or about November 30, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-

/ /

/ /

INDICTMENT                                1

application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: 2-21-08                                    A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
AUSA HELOU

INDICTMENT                                    2