1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:    (415) 436-7071
8     Facsimile:    (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,        ) CR No. 08-0091 (JSW-MEJ)
                                      )
17 |       Plaintiff,                 ) STIPULATION AND [PROPOSED] ORDER
                                      ) EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |    v.                            )
                                      )
19 | JUAN MANUEL PENA-ANGUIANO,       )
        a/k/a Anguiano Ramirez,       )
20                                    )
                                      )
21 |       Defendant.                 )
                                      )
22

23

24     On February 22, 2008, the parties in this case appeared before the Court and stipulated that

25 time from February 22, 2008 through February 27, 2008 should be excluded from Speedy Trial

26 Act calculations because the government's motion for detention was pending before the Court.

27 18 U.S.C. § 3161(h)(1)(F).

28     Furthermore, the parties also appeared before the Court on February 27, 2008, and stipulated

Stipulation and [Proposed] Order Excluding Time
CR 08-0091 (JSW-MEJ)                                                                              1

1  that time from February 27, 2008 through March 20, 2008 should be excluded from Speedy Trial
2  Act calculations because defense counsel needed adequate time to review discovery.  The parties
3  represented to the Court that the length of the requested continuance was the reasonable amount
4  of time necessary for effective preparation of counsel, taking into account the exercise of due
5  diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served
6  by this continuance outweighed the best interests of the public and the defendant in a speedy
7  trial.  18 U.S.C. § 3161(h)(8)(A).

9  SO STIPULATED:

11                                       JOSEPH P. RUSSONIELLO
                                         United States Attorney

13  DATED: February 29, 2008                      /s/
                                         TAREK J. HELOU
14                                       Assistant United States Attorney

16  DATED: February 29, 2008                      /s/
                                         RONALD TYLER
17                                       Attorney for Defendant Francisco Acosta-Rojas

19     As the Court stated on February 22, 2008, and for the reasons identified above, the Court
20  finds that time from February 22, 2008 through February 27, 2008 shall be excluded from
21  Speedy Trial Act calculations because the government's motion for detention was pending
22  before the Court.  18 U.S.C. § 3161(h)(1)(F).
23     Furthermore, as the Court stated on February 27, 2008, and for the reasons identified above,
24  the Court finds that the ends of justice served by the requested continuance outweigh the best
25  interests of the public and the defendant in a speedy trial.  The Court also finds that time from
26  February 27, 2008 through March 20, 2008 shall be excluded from Speedy Trial Act calculations
27  for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the requested
28  continuance would deny counsel reasonable time necessary for effective preparation, taking into

1  account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §
2  3161(h)(8)(B)(iv).
3
4  SO ORDERED.
5
6  DATED:_____                    _____
                                            THE HONORABLE MARIA-ELENA JAMES
7                                           United States Magistrate Judge