JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0091 (JSW-MEJ) |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) | |
| JUAN MANUEL PENA-ANGUIANO, ) a/k/a Anguiano Ramirez, ) | |
|     Defendant. ) | |

    On February 22, 2008, the parties in this case appeared before the Court and stipulated that time from February 22, 2008 through February 27, 2008 should be excluded from Speedy Trial Act calculations because the government's motion for detention was pending before the Court. 18 U.S.C. § 3161(h)(1)(F).

    Furthermore, the parties also appeared before the Court on February 27, 2008, and stipulated

that time from February 27, 2008 through March 20, 2008 should be excluded from Speedy Trial Act calculations because defense counsel needed adequate time to review discovery. The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by this continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February 29, 2008                         /s/
                                                TAREK J. HELOU
                                                Assistant United States Attorney


DATED: February 29, 2008                         /s/
                                                RONALD TYLER
                                                Attorney for Defendant Francisco Acosta-Rojas

   As the Court stated on February 22, 2008, and for the reasons identified above, the Court finds that time from February 22, 2008 through February 27, 2008 shall be excluded from Speedy Trial Act calculations because the government's motion for detention was pending before the Court. 18 U.S.C. § 3161(h)(1)(F).

   Furthermore, as the Court stated on February 27, 2008, and for the reasons identified above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds that time from February 27, 2008 through March 20, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(A). Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into

account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 3/20/08

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time
CR 08-0091 (JSW-MEJ)                                                                                                3