# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date:** March 20, 2008

**Case No. CR-08-0091 JSW**          **Judge:** Jeffrey S. White

**United States of America   v.   Juan Manuel Pena-Anguiano**
                                    Defendant
                                    Present (X) Not Present ( ) In-Custody (X)

| Tarek Helou | Ron Tyler |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini          **Court Reporter:** Connie Kuhl

### PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   Government is waiting for tapes from ICE.

**Case Continued to 4-10-08 at 2:30 p.m. for Trial Setting**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**