1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant PENA-ANGUIANO

7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           )   No. CR 08-0091 JSW
                                         )
12 |             Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER TO CONTINUE HEARING;**
13 |       v.                            )
                                         )
14 | JUAN MANUEL PENA-ANGUIANO,          )
                                         )
15 |             Defendant.              )
   |_____)
16

17     Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the status hearing in the above-captioned matter, presently

19 scheduled for Thursday, April 10, 2008, be continued to Thursday, May 1, 2008. The reason for

20 the continuance is that defense counsel needs additional time to review discovery which arrived

21 this week and to confer with his client.

22 IT IS SO STIPULATED.

23 Dated:   April 4, 2008              /s/_____
                                        RONALD C. TYLER
24                                      Assistant Federal Public Defender

25 Dated:   April 4, 2008              /s/_____
                                        TAREK J. HELOU
26                                      Assistant United States Attorney

STIP & PROP. ORDER TO CONTINUE
HEARING; *U.S. v. Pena-Anguiano*
No. CR 08-0091 JSW                         1

1  **[PROPOSED] ORDER**

2  The Court finds as follows:

3  The ends of justice are served by granting the requested continuance, given that failure to
4  do so would deny counsel for the defendant the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.

6  The aforementioned ends of justice outweigh the best interest of the public and the
7  defendant in a speedy trial.

8  Accordingly, this matter is continued until May 1, 2008 at 2:30 p.m.  Pursuant to the
9  Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period
10 from April 10, 2008 until May 1, 2008 is excluded in computing the time within which the trial
11 of this matter must commence.

13 **IT IS SO ORDERED**.

15 Dated:_____    _____
                                    THE HONORABLE JEFFREY S. WHITE
16                                  UNITED STATES DISTRICT COURT JUDGE

STIP & PROP. ORDER TO CONTINUE
HEARING; *U.S. v. Pena-Anguiano*
No. CR 08-0091 JSW                          2