BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PENA-ANGUIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0091 JSW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING;** |
| v. | ) | |
| JUAN MANUEL PENA-ANGUIANO, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for Thursday, April 10, 2008, be continued to Thursday, May 1, 2008. The reason for the continuance is that defense counsel needs additional time to review discovery which arrived this week and to confer with his client.

IT IS SO STIPULATED.

Dated:   April 4, 2008          /s/_____
                                RONALD C. TYLER
                                Assistant Federal Public Defender

Dated:   April 4, 2008          /s/_____
                                TAREK J. HELOU
                                Assistant United States Attorney

STIP & PROP. ORDER TO CONTINUE
HEARING; *U.S. v. Pena-Anguiano*
No. CR 08-0091 JSW                          1

1 **[PROPOSED] ORDER**

2     The Court finds as follows:

3     The ends of justice are served by granting the requested continuance, given that failure to
4 do so would deny counsel for the defendant the reasonable time necessary for effective
5 preparation, taking into account the exercise of due diligence.

6     The aforementioned ends of justice outweigh the best interest of the public and the
7 defendant in a speedy trial.

8     Accordingly, this matter is continued until ~~May 1, 2008~~ April 24, 2008 at 2:30 p.m. Pursuant to the
9 Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period
10 from April 10, 2008 until May 1, 2008 is excluded in computing the time within which the trial
11 of this matter must commence.

13 **IT IS SO ORDERED**.

15 Dated: April 7, 2008

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIP & PROP. ORDER TO CONTINUE
HEARING; *U.S. v. Pena-Anguiano*
No. CR 08-0091 JSW                              2