**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

Date:   April 24, 2008

Case No.  CR-08-0091   JSW          Judge:  Jeffrey S. White

United States of America   v.   Juan Manuel Pena-Anguiano
                                 Defendant
                                 Present (X) Not Present ( ) In-Custody (X)

   Tarek Helou                              Ron Tyler
   U.S. Attorney                            Defense Counsel

Deputy Clerk: Jennifer Ottolini          Court Reporter: Catherine Edwards

**PROCEEDINGS**

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**

Case Continued to   5-15-08 at 2:30 p.m. for Possible Change of Plea / Trial Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**