# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date:** May 15, 2008

**Case No.** CR-08-0091   JSW          **Judge:** Jeffrey S. White

**United States of America   v.   Juan Manuel Pena- Anguiano**
                                    Defendant
                                    Present (X) Not Present ( ) In-Custody (X)

Tarek Helou                                    Ron Tyler
U.S. Attorney                                  Defense Counsel

**Deputy Clerk:** Jennifer Ottolini            **Court Reporter:** Lydia Zinn

### PROCEEDINGS

**REASON FOR HEARING:**   Trial Setting

**RESULT OF HEARING:**

Case Continued to 5-22-08 at 2:30 p.m.  for Motion Setting / Change of Plea

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**