1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:     (415) 436-7071
8     Facsimile:     (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,            )  CR No. 08-0091 JSW
                                        )
17      Plaintiff,                      )  STIPULATION AND [PROPOSED] ORDER
                                        )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18      v.                              )
                                        )
19 JUAN MANUEL PENA-ANGUIANO,           )
        a/k/a Anguiano Ramirez,         )
20                                      )
                                        )
21      Defendant.                      )
                                        )
22

23

24       On April 24, 2008, the parties in this case appeared before the Court and requested that

25 time from April 24, 2008 through May 15, 2008 should be excluded from Speedy Trial Act

26 calculations because defense counsel and government counsel needed adequate time to evaluate

27 their respective positions in this case.  The parties represented to the Court that the length of the

28 requested continuance was the reasonable amount of time necessary for effective preparation of

1  counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The
2  parties also agreed that the ends of justice served by this continuance outweighed the best
3  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
4      On May 15, 2008, the parties appeared before the Court and requested that time from
5  May 15, 2008 through May 22, 2008 should be excluded from Speedy Trial Act calculations
6  because defense counsel and government counsel need adequate time to investigate defense
7  counsel's claim that the defendant might be a U.S. citizen.  The parties represented to the Court
8  that the length of the requested continuance was the reasonable amount of time necessary for
9  effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. §
10 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance
11 outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
12 3161(h)(8)(A).

14 SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
16                                  United States Attorney

18 DATED: May 16, 2008                        /s/
                                    TAREK J. HELOU
19                                  Assistant United States Attorney

21 DATED: May 16, 2008                        /s/
                                    RONALD TYLER
22                                  Attorney for Defendant Juan M. Pena-Anguiano

24      As the Court stated on April 24, 2008, and for the reasons identified above, the Court
25 finds that time from April 24, 2008 through May 10, 2008 shall be excluded from Speedy Trial
26 Act calculations for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to
27 grant the requested continuance would deny counsel reasonable time necessary for effective
28 / /

1  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
2  of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).
3      Additionally, as the Court stated on May 15, 2008, and for the reasons identified above,
4  the Court finds that time from May 15, 2008 through May 22, 2008 shall be excluded from
5  Speedy Trial Act calculations for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(A).
6  Failing to grant the requested continuance would deny counsel reasonable time necessary for
7  effective preparation, taking into account the exercise of due diligence, and would result in a
8  miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

10 SO ORDERED.

12 DATED:_____                    _____
13                                          THE HONORABLE JEFFREY S. WHITE
                                            United States District Judge

Stipulation and [Proposed] Order Excluding Time
CR 08-0091 JSW                                                                              3