1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:     (415) 436-7071
8     Facsimile:      (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,         )  CR No. 08-0091 JSW
                                       )
17 |     Plaintiff,                    )  STIPULATION AND [PROPOSED] ORDER
                                       )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |  v.                               )
                                       )
19 | JUAN MANUEL PENA-ANGUIANO,        )
        a/k/a Anguiano Ramirez,        )
20 |                                   )
                                       )
21 |     Defendant.                    )
                                       )
22 |_____)

23

24      The parties are scheduled to appear before the Court on May 22, 2008 to set motions or

25 for the defendant to change his plea.  Counsel for the government will be out of town at a funeral

26 on May 22, 2008, and out of town at another funeral on May 29, 2008, the court's next

27 scheduled criminal law and motion date.  Consequently, the parties request that the Court change

28 the May 22, 2008 court appearance to June 5, 2008.  The parties request that the Court exclude

1  all time under the Speedy Trial Act between May 22, 2008 and June 5, 2008.  The parties agree
2  that the length of the continuance is the reasonable time necessary for continuity of government
3  counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by
4  granting such a continuance outweigh the best interests of the public and the defendant in a
5  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

7  SO STIPULATED:

                                                JOSEPH P. RUSSONIELLO
9                                               United States Attorney

11  DATED: May 20, 2008                                   /s/
                                                TAREK J. HELOU
12                                              Assistant United States Attorney

14  DATED: May 20, 2008                                   /s/
                                                RONALD TYLER
15                                              Attorney for Defendant Juan M. Pena-Anguiano

17      For the reasons stated above, the Court moves  the parties' May 22, 2008 court
18  appearance to June 5, 2008 at 2:30 p.m.  Additionally, the Court finds that exclusion of time
19  from May 22, 2008 through June 5, 2008 is warranted and that the ends of justice served by the
20  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
21  U.S.C. § 3161(h)(8)(A).  The failure to grant the requested continuance would deny the
22  government continuity of counsel, and would result in a miscarriage of justice.  18 U.S.C.
23  §3161(h)(8)(B)(iv).

25  SO ORDERED.

27  DATED:_____      _____
                                                THE HONORABLE JEFFREY S. WHITE
28                                              United States District Judge

Stipulation and [Proposed] Order Excluding Time
CR 08-0091 JSW                                                                                        2