JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7071
   Facsimile:      (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JUAN MANUEL PENA-ANGUIANO, ) <br>    a/k/a Anguiano Ramirez, ) <br> ) <br> ) <br>    Defendant. ) <br> ) | CR No. 08-0091 JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 AND GRANTING REQUEST FOR CONTINUANCE |

     The parties are scheduled to appear before the Court on May 22, 2008 to set motions or for the defendant to change his plea.  Counsel for the government will be out of town at a funeral on May 22, 2008, and out of town at another funeral on May 29, 2008, the court's next scheduled criminal law and motion date.  Consequently, the parties request that the Court change the May 22, 2008 court appearance to June 5, 2008.  The parties request that the Court exclude

all time under the Speedy Trial Act between May 22, 2008 and June 5, 2008. The parties agree that the length of the continuance is the reasonable time necessary for continuity of government counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 20, 2008                                    /s/
                                                TAREK J. HELOU
                                                Assistant United States Attorney

DATED: May 20, 2008                                    /s/
                                                RONALD TYLER
                                                Attorney for Defendant Juan M. Pena-Anguiano

For the reasons stated above, the Court moves the parties' May 22, 2008 court appearance to June 5, 2008 at 2:30 p.m. Additionally, the Court finds that exclusion of time from May 22, 2008 through June 5, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant the requested continuance would deny the government continuity of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: May 21, 2008

THE HONORABLE JEFFREY S. WHITE
United States District Judge

Stipulation and [Proposed] Order Excluding Time
CR 08-0091 JSW                                                                                           2