JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:     (415) 436-7071
   Facsimile:      (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0091 JSW |
|    Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| JUAN MANUEL PENA-ANGUIANO, a/k/a Anguiano Ramirez, | |
|    Defendant. | |

On April 24, 2008, the parties in this case appeared before the Court and requested that time from April 24, 2008 through May 15, 2008 should be excluded from Speedy Trial Act calculations because defense counsel and government counsel needed adequate time to evaluate their respective positions in this case. The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of

1  counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The
2  parties also agreed that the ends of justice served by this continuance outweighed the best
3  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
4      On May 15, 2008, the parties appeared before the Court and requested that time from
5  May 15, 2008 through May 22, 2008 should be excluded from Speedy Trial Act calculations
6  because defense counsel and government counsel need adequate time to investigate defense
7  counsel's claim that the defendant might be a U.S. citizen.  The parties represented to the Court
8  that the length of the requested continuance was the reasonable amount of time necessary for
9  effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. §
10 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance
11 outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
12 3161(h)(8)(A).

14 SO STIPULATED:

16                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney

18 DATED: May 16, 2008                              /s/
                                           TAREK J. HELOU
19                                         Assistant United States Attorney

21 DATED: May 16, 2008                              /s/
                                           RONALD TYLER
22                                         Attorney for Defendant Juan M. Pena-Anguiano

24     As the Court stated on April 24, 2008, and for the reasons identified above, the Court
25 finds that time from April 24, 2008 through May 10, 2008 shall be excluded from Speedy Trial
26 Act calculations for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to
27 grant the requested continuance would deny counsel reasonable time necessary for effective
28 / /

Stipulation and [Proposed] Order Excluding Time
CR 08-0091 JSW                                                                    2

preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

Additionally, as the Court stated on May 15, 2008, and for the reasons identified above, the Court finds that time from May 15, 2008 through May 22, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(A). Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED: May 21, 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge