UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:   June 5, 2008

Case No.  CR-08-0091   JSW            Judge:  Jeffrey S. White

United States of America   v.   Juan Manuel Pena-Anguiano
　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　　Present (X) Not Present ( ) In-Custody (X)

　　Tarek Helou                                            Ron Tyler
　　U.S. Attorney                                       Defense Counsel

Deputy Clerk: Jennifer Ottolini            Court Reporter: Connie Kuhl

## PROCEEDINGS

**REASON FOR HEARING:** Motion / Trial Setting

**RESULT OF HEARING:**   The Court ordered the Government to produced the Defendant's mother's A-file by 6-12-08.

Case Continued to 7-3-08 at 2:30 p.m. for Further Status / Motion Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**