BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PENA-ANGUIANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　Plaintiff,　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　v.　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>JUAN MANUEL PENA-ANGUIANO,　)<br>　　　　　　　　　　　　　　　 )<br>　　　　　　Defendant.　　　　 )<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ ) | No. CR 08-0091 JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING** |

　　　　Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, July 3, 2008, be continued to Thursday, July 17, 2008. The reason for the continuance is that defense counsel has a family medical matter he needs to attend on the presently set date.

　　　　Both parties are available on the requested date.

　　　　IT IS SO STIPULATED:

Dated:　June 27, 2008　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　　RONALD C. TYLER
　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

Dated:　June 27, 2008　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　　TAREK J. HELOU
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing in the aforementioned matter currently set for Thursday, July 3, 2008, shall be continued to Thursday, July 17, 2008.

**IT IS SO ORDERED**.

Dated:_____        _____
                                    THE HONORABLE JEFFREY S. WHITE
                                    UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING;  CR 08-0091 JSW        2