1   BARRY J. PORTMAN
    Federal Public Defender
2   RONALD C. TYLER
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    19 th Floor, Box 36106
4   San Francisco, CA 94102
    Telephone:  (415) 436-7700

5

6   Counsel for Defendant PENA-ANGUIANO

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,          )      No. CR 08-0091 JSW
                                        )
12              Plaintiff,              )      **STIPULATION AND [PROPOSED]**
                                        )      **ORDER TO CONTINUE HEARING**
13        v.                            )
                                        )
14   JUAN MANUEL PENA-ANGUIANO,         )
                                        )
15              Defendant.              )
     _____)
16

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18   subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19   Thursday, July 3, 2008, be continued to Thursday, July 17, 2008.  The reason for the continuance

20   is that defense counsel has a family medical matter he needs to attend on the presently set date.

21        Both parties are available on the requested date.

22        IT IS SO STIPULATED:

23   Dated:    June 27, 2008              _____/s/_____
                                          RONALD C. TYLER
24                                        Assistant Federal Public Defender

25   Dated:    June 27, 2008              _____/s/_____
                                          TAREK J. HELOU
26                                        Assistant United States Attorney

1                              ~~[PROPOSED]~~ ORDER

2          GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing in the

3  aforementioned matter currently set for Thursday, July 3, 2008, shall be continued to Thursday,

4  July 17, 2008.

5

6          **IT IS SO ORDERED**.

7

8  Dated:_ June 30, 2008_____          _____

9                                          THE HONORABLE JEFFREY S. WHITE
                                           UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26