UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: July 17, 2008**     [2:54pm - 2:56pm]     **JUDGE: Jeffrey S. White**

**Case No:** CR- 08-0296 JSW

**Case Name:**   UNITED STATES   **v.**   Juan Manuel Pena-Anguiano (IC)

**Attorney for Plaintiff:**   Tarek Helou
**Attorney for Defendant:**   Ron Tyler

**Deputy Clerk:** Monica Narcisse for Jennifer Ottolini     **Court Reporter**: Lydia Zinn

**Interpreter:**                **Probation Officer**:

**PROCEEDINGS**

Status


**CASE CONTINUED TO:** July 24, 2008 @ 2:30 pm  **for** Change of Plea.

_____

**EXCLUDABLE DELAY:** Category Effective Preparation Begins 7-17-2008 Ends 7-24-2008
_____




**cc:**