# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## <u>CRIMINAL MINUTES</u>

**Date: July 17, 2008**       [2:52pm - 2:53pm]              **JUDGE:  Jeffrey S. White**

**Case No:  CR-08-0091 JSW**

**Case Name:**    UNITED STATES   **v.  Fernando Lopez-Martinez (IC)**

**Attorney for Plaintiff:     Tarek Helou**
**Attorney for Defendant:   Eric Hairston**

**Deputy Clerk:** Monica Narcisse for Jennifer Ottolini          **Court Reporter**: Lydia Zinn

**Interpreter:** Melinda Basker                        **Probation Officer**:

## PROCEEDINGS

Status

**CASE CONTINUED TO:** July 24, 2008 @ 2:30 pm **for** Change of Plea.

_____

**EXCLUDABLE DELAY:** Category Effective Preparation Begins 7-17-2008 Ends 7-24-2008
_____

**cc:**