UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: July 17, 2008**         [2:52pm - 2:53pm]         **JUDGE: Jeffrey S. White**

**Case No:** CR-08-0091 JSW

**Case Name:**   UNITED STATES   **v.**   Juan Manuel Pena-Anguiano (IC)

**Attorney for Plaintiff:** Tarek Helou
**Attorney for Defendant:** Ron Tyler

**Deputy Clerk:** Monica Narcisse for Jennifer Ottolini     **Court Reporter:** Lydia Zinn

**Interpreter:**                    **Probation Officer:**

**PROCEEDINGS**

Status

**CASE CONTINUED TO:** July 24, 2008 @ 2:30 pm  **for** Change of Plea.

_____

**EXCLUDABLE DELAY:** Category Effective Preparation Begins 7-17-08 Ends 7-24-08
_____

**cc:**