1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
     450 Golden Gate Avenue, Box 36055
7    San Francisco, California  94102
     Telephone:     (415) 436-7071
8    Facsimile:     (415) 436-7234
     Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,            )   CR No. 08-0091 JSW
                                        )
17     Plaintiff,                       )   STIPULATION AND [PROPOSED] ORDER
                                        )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18     v.                               )
                                        )
19 JUAN MANUEL PENA-ANGUIANO,           )
       a/k/a Anguiano Ramirez,          )
20                                      )
                                        )
21     Defendant.                       )
                                        )
22

23     On July 17, 2008, the parties in this case appeared before the Court and requested that the

24 Court exclude time from July 17, 2008 through July 24, 2008 from Speedy Trial Act calculations

25 because defense counsel needed additional time to review the proposed plea agreement.  The

26 parties represented to the Court that the length of the requested continuance was the reasonable

27 amount of time necessary for effective preparation of counsel, taking into account the exercise of

28 due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice

Stipulation and [Proposed] Order Excluding Time
CR 08-0091 JSW                                                                              1

1  served by this continuance outweighed the best interests of the public and the defendant in a
2  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

6                                                              JOSEPH P. RUSSONIELLO
                                                               United States Attorney

8  DATED: July 21, 2008                                        /s/
                                                               TAREK J. HELOU
9                                                              Assistant United States Attorney

11 DATED: July 21, 2008                                        /s/
                                                               RONALD TYLER
12                                                             Attorney for Defendant Juan M. Pena-Anguiano

14     As the Court stated on July 17, 2008, and for the reasons identified above, the Court finds
15 that time from July 17, 2008 through July 24, 2008 shall be excluded from Speedy Trial Act
16 calculations for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the
17 requested continuance would deny defense counsel reasonable time necessary for effective
18 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
19 of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

21 SO ORDERED.

23 DATED:_____
                                                               _____
                                                               THE HONORABLE JEFFREY S. WHITE
24                                                             United States District Judge

Stipulation and [Proposed] Order Excluding Time
CR 08-0091 JSW                                                                                       2