UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

         Plaintiff(s),                       No. C 08-00091 JSW

    v.                                   **CLERK'S NOTICE**

PENA-ANGUIANO

         Defendant(s).

_____/

      (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

      YOU ARE HEREBY NOTIFIED that on July 24, 2008 at 2:00 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Change of Plea **previously noticed for** 2:30 p.m. , in this matter. Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Richard W. Wieking
Clerk, United States District Court

By:_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated:  July 21, 2008

NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information