JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0091 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| JUAN MANUEL PENA-ANGUIANO, a/k/a Anguiano Ramirez, | |
| Defendant. | |

On July 17, 2008, the parties in this case appeared before the Court and requested that the Court exclude time from July 17, 2008 through July 24, 2008 from Speedy Trial Act calculations because defense counsel needed additional time to review the proposed plea agreement. The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice

1  served by this continuance outweighed the best interests of the public and the defendant in a
2  speedy trial.  18 U.S.C. § 3161(h)(8)(A).
3
4  SO STIPULATED:
5
6                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
7
8  DATED: July 21, 2008                                 /s/
                                               TAREK J. HELOU
9                                              Assistant United States Attorney
10
11 DATED: July 21, 2008                                 /s/
                                               RONALD TYLER
12                                             Attorney for Defendant Juan M. Pena-Anguiano
13
14      As the Court stated on July 17, 2008, and for the reasons identified above, the Court finds
15 that time from July 17, 2008 through July 24, 2008 shall be excluded from Speedy Trial Act
16 calculations for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the
17 requested continuance would deny defense counsel reasonable time necessary for effective
18 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
19 of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).
20
21 SO ORDERED.
22
23 DATED: July 21, 2008
24                                             THE HONORABLE JEFFREY S. WHITE
                                               United States District Judge
25
26
27
28

Stipulation and [Proposed] Order Excluding Time
CR 08-0091 JSW                                                                                     2